IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3048 |
| | ) | |
| V. | ) | |
| | ) | |
| VAN T. PHAM, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Cheryl Zwart has been sworn in as our new Magistrate Judge in Lincoln. Following our past practice of referring the full range of activities to the Lincoln magistrate judge, it is my intention to do so with Judge Zwart. Accordingly,

IT IS ORDERED that:

(1)    The following matter previously scheduled before the undersigned is herewith referred to Judge Zwart, to wit,

(A)    Nature of hearing:    Telephone Status Conference.

(B)    Date and time of hearing: Wednesday, July 14, 2010, at 1:30 p.m.

(C)    Government's counsel shall coordinate conference call.

(2)    Judge Zwart will issue a report and recommendation or order as is appropriate.

DATED January 21, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge